**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                              NO. 4:14-CR-00114-4 DPM

ROBERT EUGENE THORN

**ORDER**

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (d.e. #371). For good cause shown, the motion for issuance of a summons is **GRANTED**. The Clerk is directed to issue a summons to Defendant Robert Eugene Thorn for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on July 31, 2015, at 10:30 a.m., to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 28th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE